UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00411-MOC *SEALED*

| | | |
|---|---|---|
| **DAVID ANTONIO MONTERO-GARCIA,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KATHRYN LEE MCMILLAN MONTERO,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on petitioner's Motion to Unseal. Having considered petitioner's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's Motion to Unseal (#9) is GRANTED, and all pleadings in this matter are unsealed, with the exception of Exhibit 7 to the Verified Petition, which shall remain under seal pending further Order of this court

Signed: August 6, 2013

Max O. Cogburn Jr.
United States District Judge