UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00411-MOC

| | |
|---|---|
| **DAVID ANTONIO MONTERO-GARCIA,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **KATHRYN LEE MCMILLAN MONTERO,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the consent Motion to Unseal. Having considered the consent motion and reviewed the pleadings, and finding that unsealing all pleadings and Orders - - with the exception of Exhibit 7 to the Hague Petition, which contains privileged, sensitive private information concerning the residences of the children -- will further the interests of the parties and the public, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the consent Motion to Unseal (#24) is **GRANTED**, and all pleadings and Orders in this matter are **UNSEALED,** with the exception of Exhibit 7 to the Hague Petition, which shall remain under seal. If not previously provided, the Clerk shall allow electronic access to all such unsealed pleadings and Orders.

Signed: September 18, 2013

Max O. Cogburn Jr.
United States District Judge